# Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**VAu 1-254-965**

Effective Date of Registration:
July 29, 2014

## Title

        **Title of Work:**  Aerial Photographs November 2003 - June 6, 2014

## Completion/Publication

        **Year of Completion:**  2014

## Author

-         **Author:**  Bruce Cameron Davidson
  **Author Created:**  Photograph
  **Work made for hire:**  No
  **Citizen of:**  United States
  **Domiciled in:**  United States
  **Year Born:**  1955

## Copyright Claimant

        **Copyright Claimant:**  Bruce Cameron Davidson
                                        399 Tennessee Avenue, Alexandria,, VA, 22305

## Limitation of copyright claim

        **Previously registered:**  No

## Certification

        **Name:**  Bruce Cameron Davidson
        **Date:**  July 04, 2014

        **Correspondence:**  Yes
        **Copyright Office notes:**  Regarding year of completion: Range of years: 2003 - 2014.