# Exhibit 2

CALL NOW | EMAIL US

Real Deal Sober Living

Home | About | Services | For Residents | Locations | Addictions | Apply

# Women's Sober Living Home Central Dallas

**Get In Touch With Us Today!**

GET STARTED NOW

## Message Us

Name | Email

Subject

Message

Send message

### WOMEN'S DALLAS SOBER LIVING

Our *women's only* classic sober living home in central Dallas is the perfect place to start your journey of recovery. With all the amenities included, this spacious and beautiful home is a great place to start anew. You can't find another sober house that compares.

TALK NOW



## Addiction Treatment Center

★★★★★ The house managers go above and beyond to help guys at the house. He makes this sober living great. Great place for adults to get a fresh start!

**Brian B.**
*Former Resident*

★★★★★ Surprisingly large nice house. Clean and orderly. Run by a great Group of guys. I was impressed.

**Stacy S.**
*Parent*

★★★★★ Real Deal changes lives for men and women in recovery. Amazing program!

**Madison G.**
*Family Member*

## Pricing

### CLASSIC

BEST DEAL

**$1100**/month

- ✓ Utilities and Rent
- ✓ Live-In Manager
- ✓ Accountability
- ✓ UA/Breathalyzer Testing
- ✗ Food
- ✗ Transportation
- ✗ Gym Membership

APPLY NOW

### LIVING ALONE (NOT IN REAL DEAL)

**$2,057.30**/month

- ✓ Rent = $1,432*
- ✓ Food = $485.75**
- ✓ Utilities = $139.55***
- ✗ Accountability
- ✗ Live-In Manager
- ✗ UA/Breathalyer Testing
- ✗ Recovery Community

APPLY NOW




### WHAT DOES IT COST TO LIVE ALONE IN DALLAS?

Not only is living alone *more expensive*, but it does not provide the most important aspect of sober living at Real Deal, the accountability. Living alone does not offer live-in managers whose sole focus is to manage chores, meetings, and residents. Nor does living alone have the element of community action- people who operate as a unit towards a common goal.

- → According to the data from rentcafe *
- → Via MIT and Business Inside **
- → From SmartAsset ***

## Are You Ready To Talk?

FREE & PRIVATE CONVO

**PHONE** (469) 599-2162

**MAIL** contact@rdsoberliving.com

### THE PROS IN CHOOSING OUR CENTRAL DALLAS SOBER LIVING HOME

The benefits of sober living range between accountability and structure to build long term recovery. Our classic program combines community with responsibility, which allows our residents to truly flourish.

### WHY GET TREATMENT FOR ALCOHOL OR DRUG ABUSE?

When you are experiencing addiction from drugs your life is typically unmanegable. Finding a great drug rehab center is the first step in creating a new life that is beyond manegable – it's fulfilling. Alcoholism is a disease millions of americans suffer from annually. In order to regain your life from the dooms of alcoholism, one may benefit from an alcohol treatment center. The pros are endless – from learning coping skills to developing new behaviors. Get started today.

## Sober Living House In Central Dallas

Sober living homes in the Central Dallas area are just a part of a recovery program for individuals struggling with substance abuse or addiction issues. Sober living houses are shared living spaces that can provide a supportive, structured, and substance-free environment for people in recovery to live and work on their sobriety.

One of the many potential benefits of sober living in Central Dallas include a supportive community. Residing in a sober living home provides a sense of community and fellowship, as residents are surrounded by others in recovery who are also working on sobriety. This helps individuals provide support and accountability as well as a sense of comfort that they are not alone in this process.



## What It Means To Be A Recovery Home

Living in a recovery home is an important step in the recovery process, as it can provide a safe and substance-free environment for residents to focus on their sobriety and build the foundation for long-term recovery. Recovery houses provide rules and structure, such as required meeting attendance, curfew, and chores, which can help residents in sobriety establish new habits and build a healthy routine. Recovery houses also require individuals to participate in regular drug and alcohol testing to ensure their sobriety and have accountability.

In addition to providing a substance-free environment, recovery homes offer a sense of community and support for residents in sobriety. Individuals are able to connect with others who are also in sobriety and share with one another their experiences and challenges. This provides a feeling of camaraderie and encourages residents to work on their recovery with others.

## Pet-Friendly Sober Living

Pet-friendly sober living refers to sober living houses which allow residents to bring their pets with them as they work on their sobriety.

Allowing pets in sober living homes provide innumerable benefits for both the individual and the pet. For residents, having a pet can provide a sense of companionship as well as responsibility, which is important during the recovery process. Pets also provide unconditional love and support, which is helpful for residents dealing with the challenges of recovery.



For the pet, a sober living home provides a stable and consistent living arrangement, which can be important for pets that have lived in unstable or abusive situations previously. Pets also benefit from a structured routine and supervision that a sober living home provides.

Pet friendly sober living homes can provide a safe and supportive living environment for both the individual and the pet. It is a great opportunity for individuals that is now available, given the pet has all of its shots and immunizations.

## Are You Ready To Talk?

FREE & PRIVATE CONVO

**PHONE** (469) 599-2162

**MAIL** contact@rdsoberliving.com

## Frequently Asked Questions

- What Are The Monthly Fees?
- Are Pets Allowed?
- Difference Between Halfway House And Sober Living
- Will Residents Have Their Cars And Phones Immediately?
- Do We Assist In Employment?
- What Is Sober Living?
- Why Drug Rehab?
- Why Alcohol Rehab?
- Is Insurance Accepted?
- Are All Animals Allowed?

### CHECK OUT OUR OTHER SOBER LIVING LOCATIONS













## Message Us

Name

Email

Subject

Message

Send message

**MAIL** contact@rdsoberliving.com

**PHONE** (469) 599-2162

## Get Help Now

We are a program of change. However, you must make the first move. We are here for you confidentially 24/7.

Your Email | GET HELP NOW

| SERVICES | PROGRAMS | LOCATIONS | ABOUT |
|---|---|---|---|
| Sober Living | Classic | NE Dallas | Our Story |
| Mental Health Outpatient | Classic + | Richardson | FAQ |
| Substance Abuse Outpatient | Signature | OG Plano | Writing For Us |
| | Trademark | West Plano | Costs |
| | | Preston Hollow (Men's) | For Managers |
| | | Dallas Trademark (Men's) | |
| | | Central Dallas E1 (Women's) | |
| | | Central Dallas E2 (Women's) | |
| | | Dallas Trademark (Women's) | |

Discounts

ACCREDITED BUSINESS BBB Rating: A+

© 2022 Real Deal Companies